JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA COLINA HOSPITAL AND CENTERS FOR HEALTHCARE,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA M. BURWELL,<br><br>Defendant. | Case No.: CV 15-3990 DSF (ASx)<br><br>JUDGMENT |

The Court having granted defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendant recover her costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

10/30/15

Dated: _____    _____
                              Dale S. Fischer
                              United States District Judge